**Electronically Filed
Supreme Court
SCWC-14-0000970
20-JAN-2017
11:46 AM**

SCWC-14-0000970

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RT IMPORT, INC., Respondent/Plaintiff-Appellee,

v.

JESUS TORRES and MILA TORRES, DBA HAWAIIAN QUILT WHOLESALE,
Petitioners/Defendants-Appellants,

and

WORLDWIDE FLIGHT SERVICES, INC., Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000970; CIV. NO. 12-1-1890)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Jesus Torres and Mila Torres, dba Hawaiian Quilt Wholesale's application for writ of certiorari filed on December 16, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, January 20, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

